U.S. District Court,
District of Columbia

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2019 MAR 18 P 3: 02

DEPUTY CLERK

Charmane Smith,
Plaintiff,

Case No.:

v.

Athenahealth, Inc.,
Defendant,

Jury Trial Demanded

United States of America,
John C. Nivison, Magistrate Judge,
George Z. Singal, District Judge,
Defendants.

Civil Complaint

Parties

1. Charmane Smith is the Pro Se Plaintiff and is a Citizen of Tennessee

2. Athenahealth, Inc. is a Defendant and is Incorporated in Delaware State

3. John C. Nivison is a U.S. Magistrate Judge and George Z. Singal is a U.S. District Judge - both are employees of the U.S. District Court of Maine

Jurisdiction

1. Federal Question

2. Diversity
   - Amount in Controversy: $60,000,000.00.

### Statement of Facts

The Defendants are alleged to have committed Fraud on Court and Conspiracy to Obstruct Pending Federal Court Proceedings and Violations of my Civil and Constitutional Rights, in furtherance of Obstruction of Justice.

Defendant Athenahealth, Inc. is alleged to have Conspired to Unlawfully/Illegally Evade Civil Process Service and Liability by Relying Upon Abuse of Judicial Discretion, Judicial Chicanery, and Court Corruption to Aid and Abet its intent to avoid Civil Summons/Service and the Requirement to Answer/Respond to the lawsuit filed against it, Civil Case #1:18-cv-00461-GZS.

Defendants Nivison and Singal are Federal Judges who are alleged to have Abused Judicial Discretion and committed Judicial Chicanery and Conspiracy to Obstruct Justice - through Nonfeasant, Malfeasant, and/or Misfeasant Misuse of Title 28 U.S.C. § 1915, to intentionally, unlawfully, and/or illegally delay and/or stop service of the Civil Complaint as a specious excuse to allow the Defendant to Unlawfully/Illegally

Ignore, Disregard, Evade, and/or Fail to Respond, Answer, or Defend by Prejudicially Failing to Order Service of the Complaint by the U.S. Marshal Service.

Defendants Nixson and Singal are alleged to have Abused Judicial Discretion by Nonfeasant, Malfeasant, and/or Misfeasant Misuse of Title 28 U.S.C. §1915, to fabricate specious excuses to Unlawfully Delay and/or Deny Service of the Complaint by the U.S. Marshal Service and to Deny me the Right to the Jury Trial Demanded.

Claims

1. Violation of the 7th Amendment of the U.S. Constitution

2. Violations of Title 42 U.S.C. §§ 1983, 1985, and 1986

3. Violations of Title 18 U.S.C. §§ 1505, 1509, and 1512 (b)(1)(2), c(1)(2), and (d)(1)

4. Violations of Judicial and Clerk Codes of Conduct and Ethics

5. Conspiracy to Obstruct Pending Federal Court Proceedings, to Obstruct Justice, and Fraud on Court.

Request for Relief

Plaintiff Charmane Smith requests a Monetary Award of $60,000,000.00 and All Court, Attorney, Lawsuit Advance/Settlement Funding, and Collection Costs, Fees, Expenses, and Interest.

Dated:                          Respectfully,

March 12, 2019            Charmane Smith, Plaintiff
                          4952 Willow Road
                          Memphis, TN 38117
                          (901) 761-1678